JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTINA BARRAGAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF INDIO, et al.<br><br>　　　　　　Defendants. | Case No. 5:22-cv-01623-SSS-SPx<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

DATED: June 12, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　　United States District Judge